UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLAS PRADA,

      Plaintiff,

v.

TRIFECTA PRODUCTIONS, LLC,
d/b/a TOMUKUN NOODLE BAR

      Defendant.

_____/

Case No. 2:20-cv-12348

HONORABLE STEPHEN J. MURPHY, III

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

This matter having come before the Court upon stipulation of the Parties and the Court having been otherwise fully advised in the premises;

IT IS HEREBY ORDERED, that the above-captioned action is DISMISSED WITH PREJUDICE and without interest, costs or attorneys' fees to any Party.

This order disposes of all claims and closes the case.

**SO ORDERED.**

                                              s/ Stephen J. Murphy, III
                                              STEPHEN J. MURPHY, III
                                              United States District Judge

Dated: October 19, 2020

Stipulated to by:

/s/ *Noah S. Hurwitz*                      /s/ *Tiffany N. Kennedy* (with permission)
Noah S. Hurwitz                               Tiffany N. Kennedy
NachtLaw, P.C.                                 The Handover Law Group
Attorney for Plaintiff                         Attorney for Defendant
nhurwitz@nachtlaw.com                tkennedy@hanover.com

Dated: October 16, 2020

1